ANDREW J. ARBUCKLE, Appellant, *v.* MILWAUKEE STAMP-
ING COMPANY, Respondent.

(Argued April 19, 1933; decided May 23, 1933.)

*Milton J. Levitt* and *Herman Goldman* for appellant.
*Victor E. Whitlock* for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.